**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSON MCNEIL,<br><br>      Plaintiff,<br><br>-against-<br><br>FEDERAL BUREAU OF PRISON,<br><br>      Defendant. | 1:24-cv-02978 (ALC)<br><br>**ORDER OF DISMISSAL** |

**ANDREW L. CARTER, JR., United States District Judge:**

  By Order dated June 26, 2024, the Court ordered Plaintiff to pay the filing fee or submit an IFP application by July 26, 2024 and that failure to do so would result in this action being dismissed without prejudice. ECF No. 4. Plaintiff has not paid the filing fee or submitted an IFP application. Therefore, this action is dismissed without prejudice.

  The Clerk of the Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated: December 2, 2024**
   **New York, New York**

                        */s/ Andrew L. Carter, Jr.*
                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**